*Terminated 1/29/04*

PETER S. DICKINSON (Bar No. 139495)
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, CA  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

Attorneys for Plaintiffs
TRUSTEES OF THE ROBERT F.
KENNEDY FARM WORKERS MEDICAL
PLAN and TRUSTEES OF THE JUAN DE LA
CRUZ FARM WORKERS PENSION PLAN


FILED
CLERK, U.S. DISTRICT COURT
AUG 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE ROBERT F. KENNEDY FARM WORKERS MEDICAL PLAN and TRUSTEES OF THE JUAN DE LA CRUZ FARM WORKERS PENSION PLAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNRISE MUSHROOMS, INC., a California corporation doing business as Hilltop Oceanview; ARIEL MUSHROOMS, INC., a California corporation; DOUGLAS TANNER, an individual,<br><br>Defendants. | CASE NO. LACV 03-6565 CBM (JWJx)<br><br>**JUDGMENT** |



The Court having duly entered its Order approving the Stipulation for Entry of Judgment Against Defendant Ariel Mushrooms, Inc. on file herein,

~~EXHIBIT A~~, Page 1

BUSH GOTTLIEB SINGER LÓPEZ KOHANSKI ADELSTEIN & DICKINSON
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

2. 1.   Plaintiffs Trustees of the Robert F. Kennedy Farm Workers Medical Plan and Trustees of the Juan De La Cruz Pension Plan shall recover from Defendant Ariel Mushrooms, Inc. the principal sum of $100,000.00, together with post-judgment interest at the rate of five percent (5%) per annum from August 4, 2008.

8/5/08
Date

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT A, Page 2